UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GCL INCORPORATED, | : CIVIL DIVISION |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 06-0107 |
| | : |
| STEEL STRUCTURES OF OHIO, LLC, | : JUDGE LANCASTER/ |
| | : MAGISTRATE JUDGE HAY |
| Defendant. | : |

### STIPULATION OF VOLUNTARY DISMISSAL

AND NOW, come the parties, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and notify the Court that the parties hereby volunteer to dismiss, with prejudice, the claims in the above-captioned matter with each party to bear its own costs.

Respectfully Submitted,

**BLUMLING & GUSKY, LLP**                **METZ LEWIS LLC**

/s/ Damon R. Thomas                      /s/ Michael P. Robic
Michael D. Klein, Esquire                Michael P. Robic, II, Esquire
PA. I.D. No. 76212                       11 Stanwix Street, 18th Floor
Damon R. Thomas, Esquire                 Pittsburgh, PA 15219
PA I.D. No. 89497                        COUNSEL FOR DEFENDANT
1200 Koppers Building                    **STEEL STRUCTURES OF OHIO, LLC**
436 7th Avenue
Pittsburgh, PA 15219
(412) 227-2500                           SO ORDERED, this 23rd day of February, 2007
mklein@blumlinggusky.com
dthomas@blumlinggusky.com
**COUNSEL FOR PLAINTIFF**
**GCL INCORPORATED**                     _____
                                         Gary L. Lancaster, U.S. District Judge

{20466.01/366711:}